IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MUNOZ NUNEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MS. D. WORTHINGTON, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 11-03384 SBA (PR)<br><br>**ORDER OF TRANSFER** |

　　　Plaintiff, who is currently incarcerated at Imperial County Jail, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at Imperial County Jail, which is located in the Southern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

　　　IT IS SO ORDERED.

DATED:　8/17/11

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.11\Nunez3384.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VICTOR MUNOZ NUNEZ,

        Plaintiff,

  v.

WORTHINGTON et al,

        Defendant.

Case Number: CV11-03384 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Munoz Nunez T-60966
Imperial County Jail
916612 BK / ID 33294
P.O. Box 1040
El Centro, CA 92244

Dated: August 17, 2011

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk