
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MUNOZ NUNEZ,<br>Inmate Booking No. 916612,<br><br>Plaintiff,<br><br>vs.<br><br>D. WORTHINGTON; CLAYTON;<br>IMPERIAL COUNTY JAIL STAFF;<br>MEDICARE; SHERIFF-CORONER,<br><br>Defendants. | Civil No.  11-cv-1862 BEN (JMA)<br><br>**ORDER:**<br><br>**(1) DISMISSING CIVIL ACTION AS DUPLICATIVE PURSUANT TO 28 U.S.C. § 1915A(b)(1)**<br><br>**(2) DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>[Docket No. 5] |

Plaintiff, currently housed in the Imperial County Jail located in El Centro, California, and proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. §1983 in the Northern District of California. Because Plaintiff was alleging violations of his constitutional rights while housed in the Imperial County Jail, District Judge Saundra Brown Armstrong transferred the matter to the Southern District of California. In addition, Plaintiff has filed a Motion to Proceed *in forma pauperis* ("IFP") [ECF No. 5].

/ / /

/ / /

## I. SUA SPONTE SCREENING PURSUANT TO 28 U.S.C. § 1915A(B)

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program," "as soon as practicable after docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP. *See* 28 U.S.C. §§ 1915A(a), 1915A(c). The Court must sua sponte dismiss prisoner complaints, or any portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

Plaintiff's instant Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C. § 1915A(b)(1) because it appears to be duplicative of a case Plaintiff is already litigating. Plaintiff's Complaint contains identical claims that are found in *Nunez Munoz v. Worthington*, S.D. Cal. Civil Case No. 11-cv-1524 BTM (WVG). A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal quotation marks omitted). Because Plaintiff is already litigating the same claims presented in the instant action in *Nunez Munoz v. Worthington*, S.D. Cal. Civil Case No. 11-cv-1524 BTM (WVG), the Court hereby **DISMISSES** the present action pursuant to 28 U.S.C. § 1915A(b)(1). *See Resnick*, 213 F.3d at 446 n.1; *Cato*, 70 F.3d at 1105 n.2.

///
///
///
///

## II. CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion to Proceed IFP is **DENIED** as moot.

The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: August 23, 2011

HON. ROGER T. BENITEZ
United States District Court Judge